ROBERT H. WILLIAMS, RESPONDENT, v. PENNSYLVANIA
RAILROAD COMPANY, APPELLANT.

Submitted April 13, 1922—Decided June 19, 1922.

On appeal from the Supreme Court, whose opinion is reported in 96 *N. J. L.* 350.

For the respondent, *Alexander Simpson.*

For the appellant, *Wall, Haight, Carey & Hartpence.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, PARKER, BLACK, KATZENBACH, WHITE, HEPPEN-HEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ. 12.

*For reversal*—None.